

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00287-CV

**IN RE** Margaret Hosseini **BROWDER**

Original Proceeding[1]

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: April 22, 2026

PETITION FOR WRIT OF HABEAS CORPUS DENIED; MOTION FOR EMERGENCY STAY DENIED AS MOOT

Applicant, Margaret Hosseini Browder, filed her petition for writ of habeas corpus on April 8, 2026. On April 20, Browder filed a motion for emergency stay. Having considered the petition, motion, and accompanying appendix, this court has determined that Browder has not established that she is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of habeas corpus is denied. The motion for emergency stay is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. CVOC-20-0000101, styled *Margaret Hosseini Browder v. Armando Mendez*, pending in the 198th Judicial District Court, Bandera County, Texas, the Honorable Dennis Powell presiding.